# Alonzo Jordan – Detention hearing

- Person who hosted the dog fight
- Paid his aunt to be away from home
- Property has new fighting pit



Exhibit 40 - Scene Video

- Property has remnants of torn down old pit



Exhibit 40 - Scene Video



GOVERNMENT
EXHIBIT

1


Exhibit 40 – Scene Video

- When arrested he had $1,820 on his person



GOVERNMENT
EXHIBIT
3



GOVERNMENT EXHIBIT

4

PENGAD 800-631-6989

**Case:** G9-18-0002 (Savanna... **Target:** TT-05 (912) 215-9425 [Veri... **Line:** TT-05 (912) 215-94... **File Number:**

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 2743 | **Classification:** | Pertinent | **Direction:** | Outgoing |
| **Date:** | 04/24/2018 | **Content:** | Audio | **Associate DN:** (912) 501-4633 | |
| **Start Time:** | 08:49:58 EDT | **Primary Language:** | English | **In/Out Digits:** 9125014633 | |
| **Stop Time:** | 08:52:23 EDT | **Complete:** | Completed | **Subscriber:** | |
| **Duration:** | 00:02:25 | **Monitor ID:** | qlattimore | **Participants:** | Glover, Maurice |

**Synopsis**

outgoing call to 912-501-4633 (Maurice Glover)

GJ called MG.  MG says Termite got fucked up and got killed (dog).  GJ says he is going to

call someone.  GJ calls an unknown male while on the phone with MG.  GJ talks to UM and

asked about the dog.  UM says it was a Mississpppi dog. UM tells GJ about some O-rings.

ers

*talk about dog fighting*



GOVERNMENT
EXHIBIT
5
PENGAD 800-631-6989

**Linesheet**                                    **User:**
Jason M Kennedy

**Case:** G9-18-0002 (Savanna...  **Target:** TT-05 (912) 215-9425 [Veri...  **Line:** TT-05 (912) 215-94...  **File Number:**

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 2747 | **Classification:** | Pertinent | **Direction:** | Outgoing |
| **Date:** | 04/24/2018 | **Content:** | Audio | **Associate DN:** | (912) 501-4633 |
| **Start Time:** | 08:52:33 EDT | **Primary Language:** | English | **In/Out Digits:** | 9125014633 |
| **Stop Time:** | 09:08:36 EDT | **Complete:** | Completed | **Subscriber:** | |
| **Duration:** | 00:16:03 | **Monitor ID:** | glattimore | **Participants:** | Glover, Maurice |
| | | | | | JORDAN, Germany |

## Synopsis

Outgoing call to 912-502-4633 (Maurice Glover)

GJ and MG talk about someone having three puppy dogs. GJ says that Meat has hooked into Wiggins. GJ says something is bad. Lope is also hooked into Wiggins for a dime for a female (possibly referring to betting or paying for a dog). GJ asks if MG is in town, MG said that he is. GJ talks about MG's female and breeding. MG asks a question. GJ says Joe Lewis know. MG talking about a litter of puppies. Someone called MG last night because someone was ready to "rip" one. They discuss someone called Two tall (sounds like) is hooked. They discuss people that owe money and don't want to pay. Deek Smith owes and has been ducking and hiding. GJ asks about Termite. GJ and MG discuss breeding dogs. Meat says someone is bad. MG asks if its the one Lope got. It isn't. Lope has one for 10 (possibly 10 grand). Lope has one thats fast and is a killer. Lope called MG about one that stopped after 18 minutes. MG had to take something out of his dogs mouth yesterday. MG asked if that red boy was doing anything yet, GJ said not yet really. Someone else talks in background for a second. MG says he might ride up somewhere. GJ says to call him and they can go out later on.

ers

*talking about dog fighting/breeding*



SENSITIVE

**Linesheet**                                                                    **User:**
Jason M Kennedy

**Case:** G9-18-0002 (Savanna... **Target:** TT-06 (904) 295-2022 [Veri... **Line:** TT-06 (904) 295-20... **File Number:**

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 301 | **Classification:** | Pertinent | **Direction:** | Incoming |
| **Date:** | 04/07/2018 | **Content:** | Audio | **Associate DN:** | (912) 501-4633 |
| **Start Time:** | 12:36:13 EDT | **Primary Language:** | English | **In/Out Digits:** | 9125014633 |
| **Stop Time:** | 12:37:08 EDT | **Complete:** | Completed | **Subscriber:** | |
| **Duration:** | 00:00:55 | **Monitor ID:** | glattimore | **Participants:** | Glover, Maurice |
| | | | | | Jordan, Germany |

### Synopsis

Incoming from 912-501-4633 U/M 203 GJ identifies call as Maurice. GJ tells Maurice that he is trying to buy a male for four bands . GJ say he has gotten money from Joe dirt and want to know if Maurice wanted to go in with them on the dog, Maurice agree to put money in with them.

***Pertinent because GJ identifies U/M 203 as Maurice and the three of them buying a dog.***

gll






GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



KEL TEC CNC INC  P-32  CAL 32 AUTO
COCOA FL  MADE IN USA



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
7

PENGAD 800-631-6989





GOVERNMENT
EXHIBIT

PENGAD 800-631-6989




GOVERNMENT
EXHIBIT



GOVERNMENT
EXHIBIT
25

PENGAD 800-631-6989





GOVERNMENT EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
34

PENGAD 800-631-6989



GOVERNMENT EXHIBIT

33

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
SP
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
PENGAD 800-631-6989



GOVERNMENT EXHIBIT
4
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989





GOVERNMENT
EXHIBIT
64
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
28

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
67

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
87
PENGAD 800-631-6989


GOVERNMENT
EXHIBIT
6
PENGAD 800-631-6989



GOVERNMENT EXHIBIT
70
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
75
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
77
PENGAD 800-631-6989



GOVERNMENT EXHIBIT

PENGAD 800-631-6989


GOVERNMENT
EXHIBIT
88
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
8
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
42
PENGAD 800-631-6989